UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LORI VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:15-CV-228 |
| | ) REEVES/POPLIN |
| PARKWEST MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the court on the Report and Recommendation filed by United States Magistrate Judge, Debra C. Poplin [R. 117]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the court is in complete agreement with the Magistrate Judge's recommendation that plaintiff's motions for attorney's fees and costs be granted in part and denied in part.

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling that plaintiff's motions for attorney's fees and costs [R. 95,97] are **GRANTED in part** as follows: plaintiff is awarded $212,564.25 in attorney's fees; $3,009.27 in litigation

expenses; and $5,261.66 in prejudgment interest. In all other respects the motions are **DENIED.**

Enter:

_____
**UNITED STATES DISTRICT JUDGE**